UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. **06-cv-1630-AP**

In re:
**PLATTE VIEW FARM, LLC**
a/k/a Platte View Landing Apartments, a/k/a Platte View Landing,
a/k/a Platte View Farm Apartments, a Colorado limited liability company
    Debtor.

**PLATTE VIEW FARM, LLC**

    Appellant,

v.

**UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and MIDLAND LOAN SERVICES, INC.**

    Appellees.

## ORDER OF DISMISSAL

Appellant's Unopposed Motion to Dismiss Appeal (doc. #20), filed January 16, 2007, is GRANTED. This case is DISMISSED WITH PREJUDICE.

Dated: January 16, 2007

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          John L. Kane, Senior Judge
                                          United States District Court